WILLIAM M. VAN ANTWERP et al., Respondents, *v.* HENRY
KELLY, as County Treasurer, etc., et al., Appellants.

(Argued January 22, 1892; decided February 9, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made December 8, 1888, which reversed a judgment in favor
of defendants, entered upon a decision of the court on trial at
Special Term and granted a new trial.

*Myer Nusbaum* for appellants.

*James F. Cooper* for respondents.

Agree to affirm and for judgment absolute against defend-
ants; no opinion.
All concur.
Order affirmed and judgment accordingly.

GEORGE SCHUCHMAN, Respondent, *v.* JOHN WINTERBOTTOM
et al., Appellants.

(Argued January 22, 1892; decided February 9, 1892.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
May 5, 1890, which affirmed a judgment in favor of plaintiff
entered upon a verdict.

*Hays & Greenbaum* for appellants.

*John P. Schuchman* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.